BEFORE THE FIRST DIVISION, NOVEMBER 1, 1951

**No. 55957.**—Henry Amdur & Sons, Inc., et al. *v.* United States, protests 18813–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55958.**—D. Hauser, Inc., et al. *v.* United States, protests 144044–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55959.**—C. J. Holt & Co., Inc. *v.* United States, protests 141812–K and 144073–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the tires and tubes and the issues involved are similar in all material respects to those the subject of *C. J. Holt & Co., Inc.* v. *United States* (27 Cust. Ct. 88, C. D. 1352), the claim for allowance of drawback was sustained as to the tires and tubes mounted on the spare wheels of the exported automobiles.

**No. 55960.**—W. N. Proctor Company *v.* United States, protest 133969–K (Boston).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of "dressed opossum fur, removed from the skins, which has not been dyed, nor felted, nor carroted or otherwise prepared for hatters' use, and does not consist of any silver fox, black fox, coney, rabbit, hare, dog, goat, kid, seal, lamb, sheep, Caracul lamb, or Persian lamb, in any form whatever," the claim of the plaintiff was sustained.